IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | RESPONDENT/PLAINTIFF |
| v.      Case Nos. 6:16-cv-06132; 6:12-cr-60026 | |
| MYRON SHORTS | PETITIONER/DEFENDANT |

## ORDER

Before the Court is the Report and Recommendation filed October 17, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 43) be denied and dismissed with prejudice. Specifically, Judge Bryant concluded that denial is appropriate because Petitioner's sentence was not enhanced under the Armed Career Criminal Act, 18 U.S.C. § 924(e)(1), or § 4B1.4 of the United States Sentencing Guidelines. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon a *de novo* review of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 43) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge